FILED
12/10/2025 2:24 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Marissa Gomez DEPUTY

ACCEPTED
15-25-00228-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 2:58 PM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. DC-25-07556**

| | | |
|---|---|---|
| **CLINT E. FAIN** <br> *Plaintiff,* <br><br> **v.** <br><br> **TEXAS WORKFORCE COMMISSION,** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **IN THE DISTRICT COURT** <br><br><br> **101ST JUDICIAL DISTRICT** <br><br><br> **DALLAS COUNTY, TEXAS** |

FILED IN
15TH COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 2:58:07 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF ACCELERATED APPEAL

Pursuant to Rules 25.1 and 26 of the Texas Rules of Appellate Procedure, Defendant Texas Workforce Commission (TWC) gives notice of its desire to appeal from the Order denying Defendant's Plea to the Jurisdiction in the above-styled case, entered on November 26, 2025, to the Fifteenth Court of Appeals, Austin, Texas. The basis for appellate jurisdiction is Texas Civil Practice and Remedies Code section 51.014(a)(8).

The hearing on Defendant TWC's Plea to the Jurisdiction was held November 19, 2025 – prior to the expiration of 180 days following the June 20, 2025, filing of Defendant TWC's Original Answer – thus, this case is automatically stayed. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b).

This is an Accelerated Appeal under Appellate Rule 28.1. This is not a parental termination or child protection case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation Division

REGINA C. BOST
Assistant Attorney General
State Bar No. 24095693
Tax Litigation Division
P.O. Box 12548
Austin, Texas 78701
Tel: 512-475-4866
Fax: 512-478-4013
Regina.Bost@oag.texas.gov

*Attorneys for Defendant Texas Workforce Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2025, a copy of the foregoing document has been served upon the other parties and counsel, as follows:

Robert D. Wilson                    *Via eService*
State Bar No. 00789823
Law Offices of Robert D. Wilson, PC
1900 Preston Road
Suite 267-72
Plano, TX 75093
Rwilson429@aol.com
*Attorney for Plaintiff*

Regina C. Bost
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Lou Swanson on behalf of Regina Bost
Bar No. 24095693
marylou.swanson@oag.texas.gov
Envelope ID: 108946926
Filing Code Description: Notice Of Appeal Of AJ
Filing Description: ACCELERATED
Status as of 12/10/2025 4:22 PM CST

Associated Case Party: TEXAS WORKFORCE COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Regina CBost | | regina.bost@oag.texas.gov | 12/10/2025 2:24:37 PM | SENT |

Associated Case Party: CLINTE.FAIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| ROBERT WILSON | | RWILSON429@AOL.COM | 12/10/2025 2:24:37 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Lou Swanson on behalf of Regina Bost
Bar No. 24095693
marylou.swanson@oag.texas.gov
Envelope ID: 109001417
Filing Code Description: Copy of Notice of Appeal
Filing Description: 20251210 Notice of Accelerated Appeal
Status as of 12/12/2025 8:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Regina CBost | | regina.bost@oag.texas.gov | 12/11/2025 2:58:07 PM | SENT |
| Robert Wilson | 789823 | rwilson429@aol.com | 12/11/2025 2:58:07 PM | SENT |